**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BARE ESCENTUALS BEAUTY, INC.,              No. C-07-1669 MMC

12                Plaintiff,                    **ORDER DENYING DEFENDANTS'**
                                                **MOTION TO STRIKE; VACATING**
13        v.                                    **HEARING**

14   L'OREAL USA, INC., et al.,                 (Docket No. 5)

15                Defendants.

16   _____/

17

18        Before the Court is the motion, filed April 17, 2007 by defendants L'Oreal USA, Inc.

19   and L'Oreal S.A., to strike paragraph 11 of the complaint, pursuant to Rule 12(f) of the

20   Federal Rules of Civil Procedure.  Plaintiff Bare Escentuals Beauty, Inc. has filed opposition

21   to the motion; defendants have filed a reply.  Having considered the papers filed in support

22   of and in opposition to the motion, the Court finds the matter appropriate for decision

23   without oral argument, see Civil L.R. 7-1(b), hereby VACATES the May 25, 2007 hearing,

24   and rules as follows.

25        For the reasons set forth by plaintiff in its opposition, the motion is hereby DENIED.

26   This order terminates Docket No. 5.

27        **IT IS SO ORDERED.**

28   Dated: May 23, 2007                        _____
                                                MAXINE M. CHESNEY
                                                United States District Judge