1  WINSTON & STRAWN LLP
   Andrew P. Bridges (SBN: 122761)
2  Jennifer A. Golinveaux (SBN: 203056)
   Joseph M. Morris (SBN: 245000)
3  101 California Street
   San Francisco, CA  94111-5894
4  Telephone:     415-591-1000
   Facsimile:      415-591-1400
5  abridges@winston.com
   jgolinveaux@winston.com
6  jmorris@winston.com

7  Attorneys for Plaintiff
   BARE ESCENTUALS BEAUTY, INC.

8

              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA

10 BARE ESCENTUALS BEAUTY, INC., a          Case No. C 07 1669 MMC
   Delaware corporation,
11                                          **STIPULATED MOTION FOR
                                            ADMINISTRATIVE RELIEF
12              Plaintiff,                   REGARDING ATTENDANCE AT
        vs.                                 INITIAL CASE MANAGEMENT
13                                          CONFERENCE AND [PROPOSED]
   L'ORÉAL USA, INC., a Delaware corporation, ORDER**
14 and L'ORÉAL S.A., a French Société Anonyme

15 Defendants.

16         Pursuant to Local Rule 7-11(a), counsel for Plaintiff Bare Escentuals Beauty, Inc. files

17 this stipulated motion for administrative relief seeking an order authorizing Jennifer A. Golinveaux to

18 attend the initial Case Management Conference for this case, calendared for Friday, July 6, 2007, in

19 place of Plaintiff's lead trial counsel, Andrew P. Bridges.  Because this motion deals solely with an

20 administrative request, Plaintiff's counsel respectfully submits that it is appropriate for consideration.

21         Local Rule 16-10 requires that lead trial counsel for each party attend the initial Case

22 Management Conference, unless excused by the Judge.  Mr. Bridges will be unavailable on Friday,

23 July 6, 2007, as he will be traveling East to attend a family wedding to be held on Saturday, July 7,

24 2007.  Plaintiff did not wish to request a postponement of the Case Management Conference, and Mr.

25 Bridges's colleague, Jennifer A. Golinveaux (who will serve as second chair) is prepared to attend the

26 initial Case Management Conference in Mr. Bridges's place.  Ms. Golinveaux is familiar with this

27 case; and Mr. Bridges's and the Plaintiff's client representatives have thoroughly discussed matters

28

                                            1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1   relevant to the initial Case Management Conference with Ms. Golinveaux.  The Plaintiff's client

2   representatives are aware of and are comfortable with Ms. Golinveaux's planned attendance in Mr.

3   Bridges's place.  Counsel for Plaintiff informed counsel for Defendants that Plaintiff intended to

4   make this request, and counsel for Defendants has stipulated to the request.

                                        Respectfully submitted,

6   DATED:  June 28, 2007               WINSTON & STRAWN LLP

7                                       By:   /s/ Jennifer A. Golinveaux
8                                             Andrew P. Bridges (SBN 122761)
                                              Jennifer A. Golinveaux (SBN 203056)
9                                             Joseph M. Morris (SBN: 245000)
                                              101 California Street
10                                            San Francisco, CA 94111
                                              Tel: 415-591-1506
11
                                              Attorneys for Plaintiff
12                                            BARE ESCENTUALS BEAUTY, INC.

13
    DATED:  June 28, 2007               PAUL, HASTINGS, JANOFSKY & WALKER
14                                      LLP

15
                                        By:   /s/ Robert L. Sherman
16                                            Robert L. Sherman
                                              Attorneys for Defendants
17                                            L'OREAL U.S.A., INC. and L'OREAL S.A.

18
19   I attest that concurrence in the filing of this document has been obtained from Robert L. Sherman.

20   By: /s/ Jennifer A. Golinveaux
            Jennifer A. Golinveaux
21          Attorneys for Plaintiff
            BARE ESCENTUALS BEAUTY, INC.
22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

24   Dated:   June 29, 2007

25

26                                            Honorable Maxine M. Chesney
                                              U.S. District Judge
27

28
                                        2

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894