1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
ROBERT L. SHERMAN *PRO HAC VICE* (New York Bar No. 1189521)
2 | SARA J. CRISAFULLI *PRO HAC VICE* (New York Bar No. 4343976)
75 East 55th Street
3 | New York, NY  10022
Telephone:  (212) 318-6000
4 | Facsimile:  (212) 319-4090

5 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARK E. MCKEEN (Bar No. 130950)
6 | SEAN D. UNGER (Bar No. 231694)
T. LEE KISSMAN (Bar No. 233434)
7 | 55 Second Street
Twenty-Fourth Floor
8 | San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
9 | Facsimile:  (415) 856-7100

10 | Attorneys for Defendants
L'ORÉAL USA, INC. and
11 | L'ORÉAL S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC. a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>L'ORÉAL USA, INC., a Delaware corporation and L'ORÉAL S.A., a French Société Anonyme,<br><br>Defendants. | CASE NO.  C-07-1669 MMC<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING ATTENDANCE AT INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:       July 6, 2007<br>Time:      10:30 AM<br>Courtroom: 7, 19th Floor<br>The Honorable Maxine M. Chesney<br><br>Complaint Filed:  March 22, 2007 |

Counsel for Defendants L'Oréal USA, Inc. and L'Oréal S.A. files this motion pursuant to Civil Local Rule 7-11 for administrative relief seeking on order authorizing Mark E. McKeen to attend the initial Case Management Conference in the place of Defendants' lead trial counsel, Robert L. Sherman.

The initial Case Management Conference in this matter is scheduled for July 6, 2007 at 10:30 a.m. before Honorable Maxine M. Chesney.  Civil Local Rule 16-10 provides that "[u]nless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference."  Lead trial counsel for Defendants is Robert L. Sherman.  Due to scheduling conflicts during the July 4th holiday weekend, Mr. Sherman (who is located in Paul Hastings' New York office) is unavailable to attend the initial Case Management Conference.  Mr. Sherman's colleague and partner, Mark E. McKeen (who is located in Paul Hastings' San Francisco office), is prepared to attend the initial Case Management Conference in Mr. Sherman's absence.  Mr. McKeen is familiar with this matter and the issues set forth in the Joint Case Management Statement, and has been personally involved in this matter since its inception.  Plaintiff's counsel has stipulated to Mr. McKeen's appearance at the initial Case Management Conference in the place of Mr. Sherman.

Accordingly, Defendants respectfully request that this Court permit Mr. McKeen to attend the initial Case Management Conference in the place of lead trial counsel, Mr. Sherman.

Respectfully submitted,

DATED: June 29, 2007  PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    /s/ Mark E. McKeen
Robert L. Sherman *(pro hac vice)*
Sara J. Crisafulli *(pro hac vice)*
75 East 55th Street
New York, NY 10022
Telephone:  212-318-6000

and

Mark E. McKeen (SBN 130950)
Sean D. Unger (SBN 231694)
T. Lee Kissman (SBN 233434)
55 Second Street

Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7000

Attorneys for Defendants
L'ORÉAL USA, INC. and L'ORÉAL S.A.

DATED: June 29, 2007           WINSTON & STRAWN LLP

                               By:    /s/ Jennifer A. Golinveaux
                                   Andrew P. Bridges (SBN 122761)
                                   Jennifer A. Golinveaux (SBN 203056)
                                   Joseph M. Morris (SBN: 245000)
                                   101 California Street
                                   San Francisco, CA 94111
                                   Tel: 415-591-1506

                               Attorneys for Plaintiff
                               BARE ESCENTUALS BEAUTY, INC.

I attest that the concurrence in the filing of this document has been obtained from Jennifer A. Golinveaux, counsel for Plaintiff.

By:    /s/ Mark. E. McKeen
       Mark E. McKeen
       Attorneys for Defendants
       L'ORÉAL USA, INC. and L'ORÉAL S.A.

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT,

Mr. McKeen may appear at the initial Case Management Conference in place of lead trial counsel, Mr. Sherman, as counsel for Defendants.

DATED: July 2, 2007

_____
Hon. Maxine M. Chesney
United States District Judge

LEGAL_US_E # 75632123.1