**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BARE ESCENTUALS BEAUTY, INC.,              No. C-07-1669 MMC

12              Plaintiff,                       **ORDER GRANTING IN PART AND
                                                 DENYING IN PART PLAINTIFF'S**
13      v.                                       **MOTION TO EXTEND TIME;
                                                 CONTINUING HEARING**
14   L'OREAL USA, INC., et al.,

15              Defendants.

16   _____/

17

18      Before the Court is plaintiff's "Motion to Extend Time for Opposition to L'Oreal S.A.'s

19   Motion to Dismiss for Lack of Personal Jurisdiction," filed September 28, 2007, by which

20   plaintiff seeks an order setting a schedule for jurisdictional discovery and continuing the

21   hearing on defendant's motion from October 19, 2007 to February 22, 2008; alternatively,

22   plaintiff seeks an order continuing the hearing to November 2, 2007, to allow the parties

23   additional time to file a stipulated jurisdictional discovery schedule.  Pursuant to Civil Local

24   Rule 6-3(c), any opposition to said motion was to be filed by October 3, 2007.  To date, no

25   opposition has been filed.

26      Having considered the papers filed in support of the motion, the Court finds the

27   matter appropriate for decision without oral argument, see Civil L.R. 7-1(b), hereby

28   GRANTS plaintiff's alternative request, and CONTINUES the hearing on defendant L'Oreal

S.A.'s Motion to Dismiss to November 2, 2007.  The parties shall file a stipulated

1  jurisdictional discovery and briefing schedule no later than October 19, 2007.

2        In all other respects, the motion is hereby DENIED without prejudice.

3        **IT IS SO ORDERED.**

4  Dated: October 10, 2007                          MAXINE M. CHESNEY
5                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28