1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT L. SHERMAN *PRO HAC VICE* (New York Bar No. 1189521)
2  SARA J. CRISAFULLI *PRO HAC VICE* (New York Bar No. 4343976)
   75 East 55th Street
3  New York, NY  10022
   Telephone:  (212) 318-6000
4  Facsimile:  (212) 319-4090

5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARK E. MCKEEN (Bar No. 130950)
6  SEAN D. UNGER (Bar No. 231694)
   T. LEE KISSMAN (Bar No. 233434)
7  55 Second Street
   Twenty-Fourth Floor
8  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
9  Facsimile:  (415) 856-7100

10 Attorneys for Defendants
   L'ORÉAL USA, INC. and
11 L'ORÉAL S.A.

12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN FRANCISCO DIVISION**

16

17 BARE ESCENTUALS BEAUTY, INC., a            **Case No. C-07-1669 MMC**
   Delaware corporation,
18                                             **NOTICE OF STIPULATED**
              Plaintiff,                       **CONTINUANCE OF HEARING FOR**
19                                             **MOTION TO DISMISS FOR LACK OF**
         vs.                                   **PERSONAL JURISDICTION AND JOINT**
20                                             **STIPULATION RE JURISDICTIONAL**
   L'ORÉAL USA, INC., a Delaware corporation,  **DISCOVERY; [PROPOSED] ORDER**
21 and L'ORÉAL S.A., a French Société Anonyme
22            Defendants.
23

24

25         Pursuant to Local Rule 7-7(a) and Federal Rule of Civil Procedure 29, the parties jointly

26 agree and stipulate to the following schedule for jurisdictional discovery to be taken by Plaintiff

27 Bare Escentuals Beauty, Inc. ("Bare Escentuals") concerning L'Oréal S.A.'s pending Motion to

28

Case No. C-07-1669 MMC

NOTICE OF STIPULATED CONTINUANCE OF HEARING FOR
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND JOINT STIPULATION RE JURISDICTIONAL DISCOVERY;
[PROPOSED] ORDER

1 | Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss'), and to continue the hearing date for

2 | the pending motion as set forth below.

3 |     1.    No later than October 15, 2007, Plaintiff shall serve up to ten interrogatories and 25

4 | document requests each to L'Oréal S.A. and L'Oréal USA, Inc., limited to the jurisdictional issues

5 | relevant to L'Oréal S.A.'s Motion to Dismiss.  L'Oréal S.A. and L'Oréal USA, Inc. will respond to

6 | the interrogatories and document requests  no later than November 19, 2007.

7 |     2.    If Plaintiff serves document requests by Monday, October 15, 2007, and those

8 | requests are limited to the issues relevant to L'Oréal S.A.'s Motion to Dismiss, Defendants, without

9 | waiving any arguments, rights, privileges, or objections (or the right to stand on their

10 | objections), will use diligent efforts to complete production of responsive, non-privileged documents

11 | for those limited requests by November 30, 2007.

12 |     3.    The parties agree and stipulate that Plaintiff shall take up to two depositions each of

13 | Defendants L'Oréal S.A. and L'Oréal USA, Inc. concerning only jurisdictional issues relevant to

14 | L'Oréal S.A.'s Motion to Dismiss.  All four depositions shall be limited to four (4) hours per

15 | deponent.  All four depositions shall be completed no later than January 15, 2008.

16 |     4.    Pursuant to Local Rule 7-7(a), L'Oréal S.A. hereby continues the hearing date for its

17 | Motion to Dismiss to February 29, 2008, at 9:00 a.m. in Courtroom 7 of the above-entitled court in

18 | order to allow time for this jurisdictional discovery.  Bare Escentuals's opposition to the Motion to

19 | Dismiss shall be filed by February 1, 2008 and L'Oréal S.A.'s reply shall be filed by February 15,

20 | 2008.

21 |     Respectfully submitted,

22 | DATED: October 11, 2007      PAUL, HASTINGS, JANOFSKY & WALKER LLP

23 | By:   /s/Sean D. Unger

24 | Robert L. Sherman *(pro hac vice)*
Sara J. Crisafulli *(pro hac vice)*

25 | 75 East 55th Street
New York, NY 10022
Telephone:  212-318-6000

26 |

27 | and

28 |

Case No. C-07-1669 MMC      2      NOTICE OF STIPULATED CONTINUANCE OF HEARING FOR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER

1
2
3
4

Mark E. McKeen (SBN 130950)
Sean D. Unger (SBN 231694)
T. Lee Kissman (SBN 233434)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7000

5
6

Attorneys for Defendants
L'ORÉAL USA, INC. and L'ORÉAL S.A.

7

8    DATED:  October 11, 2007                    WINSTON & STRAWN LLP

9                                                By:      /s/ Jennifer A. Golinveaux
                                                          Andrew P. Bridges (SBN 122761)
10                                                         Jennifer A. Golinveaux (SBN 203056)
                                                          Joseph M. Morris (SBN: 245000)
11                                                         101 California Street
                                                          San Francisco, CA 94111
12                                                         Tel: 415-591-1506

13                                                         Attorneys for Plaintiff
                                                          BARE ESCENTUALS BEAUTY, INC.

14

15   I attest that concurrence in the filing of this document has been obtained from Jennifer A.
     Golinveaux.
16

17   By:  /s/ Sean D. Unger
          Sean D. Unger
18        Attorneys for Defendant
          L'ORÉAL S.A.
19

20   SF:184601.3

21

22

23

24

25

26

27

28

1   PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall engage in jurisdictional

2   discovery as follows:

3   • By no later than October 15, 2007, Plaintiff may serve up to ten interrogatories and 25

4   document requests to each of the two Defendants concerning the jurisdictional issues

5   raised in L'Oréal S.A.'s Motion to Dismiss.  L'Oréal S.A. and L'Oréal USA, Inc. will

6   respond to the interrogatories and document requests by no later than November 19,

7   2007.  Plaintiff shall take no more than two depositions each of Defendants L'Oréal USA

8   and L'Oréal S.A., to be completed by January 15, 2008.  Each deposition shall be limited

9   to the jurisdictional issues relevant to L'Oréal S.A.'s Motion to Dismiss and shall be

10   limited to four (4) hours per deponent.

11   • The hearing date for L'Oréal S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction

12   is continued to February 29, 2008.  Plaintiff's opposition to the Motion to Dismiss shall

13   be due by February 1, 2008 and L'Oréal S.A.'s reply shall be due by February 15, 2008.

14

15

16   Dated: October 12, 2007

17                                                        _____

18                                                        THE HONORABLE MAXINE M. CHESNEY

19   LEGAL_US_E # 76678048.3

20

21

22

23

24

25

26

27

28

NOTICE OF STIPULATED CONTINUANCE OF HEARING FOR
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND JOINT STIPULATION RE JURISDICTIONAL DISCOVERY;
[PROPOSED] ORDER