1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ROBERT L. SHERMAN *PRO HAC VICE* (New York Bar No. 1189521)
2  SARA J. CRISAFULLI *PRO HAC VICE* (New York Bar No. 4343976)
   75 East 55th Street
3  New York, NY  10022
   Telephone:  (212) 318-6000
4  Facsimile:  (212) 319-4090

5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARK E. MCKEEN (Bar No. 130950)
6  SEAN D. UNGER (Bar No. 231694)
   T. LEE KISSMAN (Bar No. 233434)
7  55 Second Street
   Twenty-Fourth Floor
8  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
9  Facsimile:  (415) 856-7100

10 Attorneys for Defendants
   L'ORÉAL USA, INC. and
11 L'ORÉAL S.A.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | BARE ESCENTUALS BEAUTY, INC., a | Case No. C-07-1669 MMC
   | Delaware corporation, |
18 |                                 | **NOTICE OF STIPULATED**
   |        Plaintiff,               | **CONTINUANCE OF HEARING FOR**
19 |                                 | **MOTION TO DISMISS FOR LACK OF**
   |        vs.                      | **PERSONAL JURISDICTION AND JOINT**
20 |                                 | **STIPULATION MODIFYING**
   | L'ORÉAL USA, INC., a Delaware corporation, | **JURISDICTIONAL DISCOVERY**
21 | and L'ORÉAL S.A., a French Société Anonyme | **SCHEDULE;** [PROPOSED] **ORDER**
22 |        Defendants.              |

23

24    Pursuant to the parties' mediation with Michael Traynor on November 12, 2007, the parties

25 wish to defer the current jurisdictional discovery and motion hearing schedule by one (1) month in

26 order to focus on settlement discussions.

27

28

Case No. C-07-1669 MMC          1     NOTICE OF STIPULATED CONTINUANCE OF HEARING FOR
                                      MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
                                      AND JOINT STIPULATION MODIFYING JURISDICTIONAL
                                      DISCOVERY SCHEDULE; [PROPOSED] ORDER

The parties make this request pursuant to Local Rule 7-7(a) and Federal Rule of Civil Procedure 29, and jointly agree and stipulate to modify the schedule for jurisdictional discovery to be taken by Plaintiff Bare Escentuals Beauty, Inc. ("Bare Escentuals") concerning Defendant L'Oréal S.A.'s pending Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss"), and to continue the hearing date for the pending motion as set forth below.

1. On October 12, 2007, the parties entered into a stipulation regarding jurisdictional discovery and a briefing schedule for L'Oréal S.A.'s Motion to Dismiss. The parties agreed that Plaintiff would be permitted to serve up to ten (10) interrogatories and twenty-five (25) document requests each to L'Oréal S.A. and L'Oréal USA, Inc., limited to the jurisdictional issues relevant to L'Oréal S.A.'s Motion to Dismiss.

2. On October 15, 2007, Plaintiff served document requests and interrogatories on Defendants (the "Discovery Requests").

3. In light of the parties' mediation and discussion of a possible settlement framework, L'Oréal S.A. and L'Oréal USA, Inc. will respond to the Discovery Requests seven (7) days after Defendants inform Plaintiff of Defendants' decision regarding the pending settlement freamework, or on December 14, 2007, whichever is later. Defendants have up to and including December 14, 2007 to inform Plaintiff and the mediator of their decision regarding the settlement framework discussion.

4. For those non-objectionable Discovery Requests, Defendants, without waiving any arguments, rights, privileges, or objections (or the right to stand on their objections), will use diligent efforts to complete production of responsive, non-privileged documents for those limited requests by December 31, 2007. In light of the briefing schedule on the Motion to Dismiss discussed below, the parties agree to expedite the resolution of any disputes over objections or other discovery issues.

5. The parties agree and stipulate that Plaintiff may take up to two (2) depositions each of Defendants L'Oréal S.A. and L'Oréal USA, Inc. concerning only jurisdictional issues relevant to L'Oréal S.A.'s Motion to Dismiss. All four jurisdictional depositions shall be limited to four (4) hours per deponent, and shall be completed no later than February 15, 2008. These jurisdictional depositions will not count towards the ten (10) depositions provided for in the case management

1  order and Rule 30 of the Federal Rules of Civil Procedure, and the persons so deposed may be
2  deposed again at a later date regarding substantive issues.
3      6.    Pursuant to Local Rule 7-7(a), the hearing date for L'Oréal S.A.'s Motion to Dismiss
4  shall be continued from February 29, 2008 to **March 28, 2008**, at 9:00 a.m. in Courtroom 7 of the
5  above-entitled court. Bare Escentuals' opposition to the Motion to Dismiss shall be filed by
6  February 29, 2008 and L'Oréal S.A.'s Reply shall be filed by March 14, 2008.

Respectfully submitted,

DATED: November 21, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/ T. Lee Kissman
       Robert L. Sherman *(pro hac vice)*
       Sara J. Crisafulli *(pro hac vice)*
       75 East 55th Street
       New York, NY 10022
       Telephone: 212-318-6000

and

Mark E. McKeen (SBN 130950)
Sean D. Unger (SBN 231694)
T. Lee Kissman (SBN 233434)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7000

Attorneys for Defendants
L'ORÉAL USA, INC. and L'ORÉAL S.A.

DATED: November 21, 2007        WINSTON & STRAWN LLP

By:   /s/ Joseph M. Morris
       Andrew P. Bridges (SBN 122761)
       Jennifer A. Golinveaux (SBN 203056)
       Joseph M. Morris (SBN: 245000)
       101 California Street

1
2
3

San Francisco, CA 94111
Tel: 415-591-1506

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

4
5
6

I attest that concurrence in the filing of this document has been obtained from Joseph M. Morris

7
8
9

By: /s/ T. Lee Kissman
    T. Lee Kissman
    Attorney for Defendants
    L'ORÉAL USA, INC. and L'ORÉAL S.A.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-07-1669 MMC     4     NOTICE OF STIPULATED CONTINUANCE OF HEARING FOR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND JOINT STIPULATION MODIFYING JURISDICTIONAL DISCOVERY SCHEDULE; [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that:

- L'Oréal S.A. and L'Oréal USA, Inc. shall inform Plaintiff of Defendants' decision regarding the proposed settlement structure by December 14, 2007 and shall respond to Plaintiff's interrogatories and document requests that were served on October 15, 2007 seven (7) days after the communication of their decision to Plaintiff or on December 14, 2007 whichever is later;
- Plaintiff shall take no more than two depositions each of Defendants L'Oréal USA and L'Oréal S.A., to be completed by February 15, 2008. Each deposition shall be limited to the jurisdictional issues relevant to L'Oréal S.A.'s Motion to Dismiss and shall be limited to four (4) hours per deponent.
- The hearing date for L'Oréal S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction is continued to March 28, 2008. Plaintiff's opposition to the Motion to Dismiss shall be due by February 29, 2008 and L'Oréal S.A.'s reply shall be due by March 14, 2008.

Dated: November 26, 2007

THE HONORABLE MAXINE M. CHESNEY