| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ROBERT L. SHERMAN<br>*PRO HAC VICE* (New York Bar No. 1189521)<br>SARA J. CRISAFULLI<br>*PRO HAC VICE* (New York Bar No. 4343976)<br>75 East 55th Street<br>New York, NY 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>MARK E. MCKEEN (Bar No. 130950)<br>SEAN D. UNGER (Bar No. 231694)<br>T. LEE KISSMAN (Bar No. 233434)<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and L'ORÉAL S.A. | WINSTON & STRAWN LLP<br>ANDREW P. BRIDGES (Bar No. 122761)<br>JENNIFER GOLINVEAUX (Bar No. 203056)<br>JOSEPH M. MORRIS (Bar No. 245000)<br>101 California Street<br>San Francisco, CA 94111-5894<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>Attorneys for Plaintiff<br>BARE ESCENTUALS BEAUTY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L'ORÉAL USA, INC., a Delaware corporation, and L'ORÉAL S.A., a French Société Anonyme<br><br>Defendants. | Case No. C-07-1669 MMC<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant L'Oréal S.A. ("L'Oréal") and Defendant L'Oréal USA, Inc. ("LUSA") (collectively, "Defendants"), and Plaintiff Bare Escentuals Beauty, Inc. ("Plaintiff" or "Bare Escentuals") agree and stipulate to, and respectfully request the Court extend the pre-trial and trial dates in this case by four months, as set forth below. Good cause exists for the request for the following reasons.

The Court's current Pre-Trial Preparation Order for this case issued on July 10, 2007.

On October 12, 2007, the parties entered into a stipulation regarding jurisdictional discovery and a briefing schedule for L'Oréal S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss"). The parties agreed that Plaintiff would be permitted to serve up to ten (10) interrogatories and twenty-five (25) document requests each to Defendants, limited to the jurisdictional issues relevant to L'Oréal's Motion to Dismiss, and that these interrogatories would not count towards the twenty-five (25) interrogatory limit provided for in the case management order and Rule 33 of the Federal Rules of Civil Procedure.

On October 15, 2007, Plaintiff served its jurisdictional document requests and interrogatories on Defendants (the "Jurisdictional Discovery Requests").

The parties participated in mediation on November 12, 2007. In light of the parties' mediation and progress towards a possible settlement framework, on November 16, 2007, the parties entered into a stipulation extending Defendants' time to respond to jurisdictional discovery and a briefing schedule for L'Oréal's Motion to Dismiss, in order to allow additional time for Defendants to consider the proposed settlement. These mediation discussions did not result in settlement, however, and on December 17, 2007, pursuant to the parties' stipulation, Defendants served written responses and objections to the Jurisdictional Discovery Requests.

At Defendants' request, the parties agreed to a 30-day extension of deadlines related to jurisdictional discovery and briefing in order to allow Defendants time to complete their document production, which required Defendants to collect and review documents from Defendant L'Oreal's offices in France, and in order to allow the parties time to attempt to resolve disagreements regarding Plaintiff's Jurisdictional Discovery Requests without the need for Court intervention. On January 31, 2008, the parties filed their Stipulated Request for Continuance of Hearing for Motion to Dismiss and for Order Modifying Pre-trial and Trial Dates.

On February 6, 2008, this Court granted the parties' January 31, 2008 stipulated request in part, and extended the deadlines related to jurisdictional discovery and briefing and continued the hearing on defendant L'Oreal S.A.'s Motion to Dismiss to May 2, 2008. The Court denied the parties' request for extension of the pre-trial and trial dates, without prejudice to the parties' providing a more detailed showing with respect to such additional relief.

The Court's current Pre-Trial Preparation Order sets the cutoff for non-expert discovery for July 31, 2008, less than three months after the scheduled hearing on L'Oreal S.A.'s Motion to Dismiss. The parties are trying to move discovery forward expeditiously and efficiently in light of L'Oreal's Motion to Dismiss. The parties anticipate that discovery from a currently named French defendant with documents and employees in France will require some additional time to complete given the time already set aside to attempt to settle the case, and L'Oreal's pending Motion to Dismiss. Once this Court determines whether L'Oreal should be dismissed or properly remain as a defendant in the case, the parties will require additional time to complete discovery, which will include additional document collection from L'Oreal's offices in France, and depositions of L'Oreal's employees based in France, if L'Oreal remains in the case.

For these reasons, the parties jointly agree and stipulate to request that this Court modify the deadlines set forth in this Court's Pre-Trial Preparation Order issued on July 10, 2007 as set forth below.

1. The pre-trial and trial dates set forth in this Court's Pre-Trial Preparation Order issued on July 10, 2007 are extended, as set forth below:

- JURY TRIAL DATE: May 18, 2009 at 9:00 a.m., Courtroom 7, 19th Floor.
- NON-EXPERT DISCOVERY CUTOFF: November 24, 2008.
- DESIGNATION OF EXPERTS (Plaintiff/Defendant): No later than January 5, 2009.
- DESIGNATION OF EXPERTS (Plaintiff/Defendants): Rebuttal no later than January 26, 2009.
- EXPERT DISCOVERY CUTOFF: February 23, 2009.
- DISPOSITIVE MOTIONS shall be filed no later than March 13, 2009, and shall be noticed for hearing 35 days thereafter.
- PRETRIAL CONFERENCE DATE: May 4, 2009 at 3:00 p.m.
- MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than May 4, 2009.
- FURTHER STATUS CONFERENCE: Friday, February 13, 2009 at 10:30 a.m.
- FURTHER STATUS CONF. STATEMENT DUE: Friday, February 6, 2009.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: February 13, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: /s/ T. Lee Kissman
Robert L. Sherman *(pro hac vice)*
Sara J. Crisafulli *(pro hac vice)*
75 East 55th Street
New York, NY 10022
Telephone: 212-318-6000

and

Mark E. McKeen (SBN 130950)
Sean D. Unger (SBN 231694)
T. Lee Kissman (SBN 233434)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7000

Attorneys for Defendants
L'ORÉAL USA, INC. and L'ORÉAL S.A.

DATED: February 13, 2008         WINSTON & STRAWN LLP

By: /s/ Jennifer A. Golinveaux
Andrew P. Bridges (SBN 122761)
Jennifer A. Golinveaux (SBN 203056)
Joseph M. Morris (SBN 245000)
101 California Street
San Francisco, CA 94111
Tel: 415-591-1506

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

I attest that concurrence in the filing of this document has been obtained from T. Lee Kissman, counsel for Plaintiff.

By: /s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux
Attorney for Defendants
L'ORÉAL USA, INC. and L'ORÉAL S.A.

Case No. C-07-1669 MMC        4    STIPULATED REQUEST FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS ORDERED that: |
| 2 | 1. Certain dates provided in this Court's Pre-Trial Preparation Order issued on July 10, 2007 |
| 3 | shall be extended as set forth below: |
| 4 | • JURY TRIAL DATE: May 18, 2009 at 9:00 a.m., Courtroom 7, 19th Floor. |
| 5 | • NON-EXPERT DISCOVERY CUTOFF: November 24, 2008. |
| 6 | • DESIGNATION OF EXPERTS (Plaintiff/Defendant): No later than ~~January 5, 2009~~ December 19, 2008. |
| 7 | • DESIGNATION OF EXPERTS (Plaintiff/Defendants): Rebuttal no later than January 9, 2009. ~~January 26, 2009.~~ |
| 9 | • EXPERT DISCOVERY CUTOFF: ~~February 23, 2009.~~ January 30, 2009. |
| 10 | • DISPOSITIVE MOTIONS shall be filed no later than ~~March 13, 2009,~~ February 13, 2009 and shall be |
| 11 | noticed for hearing 35 days thereafter. |
| 12 | • PRETRIAL CONFERENCE DATE: ~~May 4, 2009~~ May 5, 2009 at 3:00 p.m. |
| 13 | • MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and |
| 14 | confer no later than ~~May 4, 2009.~~ March 30, 2009. |
| 15 | • FURTHER STATUS CONFERENCE: Friday, February 13, 2009 at 10:30 a.m. |
| 16 | • FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, February 6, |
| 17 | 2009. |

IT IS FURTHER ORDERED that a SETTLEMENT CONFERENCE shall be held before Magistrate Judge Elizabeth D. Laporte and scheduled to take place no later than 30 days prior to the Pretrial Conference.

Dated: February 20, 2008

_____
THE HONORABLE MAXINE M. CHESNEY

SF:196479.1

Case No. C-07-1669 MMC     5     STIPULATED REQUEST FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER