IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | No. C-07-1669 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND MOTION TO SHORTEN TIME** |
| v. | |
| L'OREAL USA, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, the following motions, each filed March 4, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar: (1) plaintiff's "Motion to Compel Production of Documents and Interrogatory Responses, and Request for In Camera Review"; and (2) plaintiff's "Motion to Shorten Time for Hearing and Briefing of Its Motion to Compel Production of Documents and Interrogatory Responses, and Request for In Camera Review."[1]

Counsel will be advised of the date, time and place of the next appearance by notice

//

---

[1] Plaintiff noticed the earlier of the two motions for hearing before Magistrate Judge Elizabeth D. Laporte, the Magistrate Judge to whom the case was referred solely for the purpose of conducting a settlement conference. (See Order filed Feb. 20, 2008 at 5:17-19.) Accordingly, the hearing before Judge Laporte is hereby VACATED.

from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: March 5, 2008

MAXINE M. CHESNEY
United States District Judge