IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | No. C-07-1669 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| L'OREAL USA, INC., et al., | |
| Defendants. | |

On April 18, 2008, defendant L'Oréal S.A. electronically filed its Reply, and accompanying declarations, in support of its motion to dismiss for lack of personal jurisdiction. Defendant has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if it fails in the future to comply with the

1 | Court's order to provide chambers copies of electronically-filed documents, the Court may
2 | impose sanctions, including, but not limited to, striking from the record any electronically-
3 | filed document of which a chambers copy has not been timely provided to the Court.
4 | **IT IS SO ORDERED.**
5 | Dated: April 24, 2008
6 | MAXINE M. CHESNEY
United States District Judge