United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARE ESCENTUALS BEAUTY, INC.,

    Plaintiff,

    v.

L'OREAL USA, INC., et al.,

    Defendants.

No. C-07-1669 MMC

**ORDER DENYING DEFENDANT L'OREAL S.A.'S MOTION TO DISMISS**

Before the Court is the motion to dismiss for lack of personal jurisdiction, filed August 31, 2007 by defendant L'Oreal S.A.[1] The matter came on regularly for hearing on May 2, 2008. Andrew P. Bridges and Jennifer A. Golinveaux of Winston & Strawn LLP appeared on behalf of plaintiff. Mark E. McKeen and T. Lee Kissman of Paul, Hastings, Janofsky & Walker LLP appeared on behalf of defendants.

Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, and for the reasons stated on the record at the hearing,

//
//

---

[1] Upon stipulation of the parties, the Court subsequently approved several continuances of the hearing date, to allow the parties to conduct jurisdictional discovery. (See Order dated Oct. 10, 2007 (continuing hearing date to Nov. 2, 2007); Order dated Oct. 12, 2007 (continuing hearing date to Feb. 29, 2008); Order dated Nov. 26, 2007 (continuing hearing date to March 28, 2008); Order dated Feb. 6, 2008 (continuing hearing date to May 2, 2008).)

1  the motion is hereby DENIED.

2  **IT IS SO ORDERED.**

3  Dated: May 2, 2008

   _____
   MAXINE M. CHESNEY
4  United States District Judge

5

...

28

2