IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | No. C-07-1669 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT L'OREAL S.A.'S APPLICATION FOR PERMISSION TO FILE MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE** |
| v. | |
| L'OREAL USA, INC., et al., | |
| Defendants. | |

Before the Court is the application filed May 12, 2008 by defendant L'Oreal S.A., by which defendant seeks permission to file a motion for reconsideration of the Court's order denying defendant's motion to dismiss, based on a material difference in law and fact from that presented to the Court at the May 2, 2008 hearing on said motion, or, in the alternative, clarification of the Court's ruling and certification of the issue for appeal.

Good Cause Appearing, defendant's application to file a motion for reconsideration is hereby GRANTED, and the Court sets the following briefing schedule:

1. Defendant's motion for reconsideration shall be filed on or before May 30, 2008.[1]

2. Plaintiff's opposition shall be filed on or before June 13, 2008.

3. Defendant's reply shall be filed on or before June 20, 2008.

---

[1] To the extent defendant relies on the transcript of the May 2, 2008 hearing, the relevant pages must be submitted as an exhibit.

4. The matter will be heard on July 11, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 23, 2008

MAXINE M. CHESNEY
United States District Judge