1  WINSTON & STRAWN LLP
   ANDREW P. BRIDGES (Bar No. 122761)
2  JENNIFER GOLINVEAUX (Bar No. 203056)
   101 California Street
3  San Francisco, CA  94111-5894
   Telephone:  (415) 591-1000
4  Facsimile:  (415) 591-1400

5  Attorneys for Plaintiff
   BARE ESCENTUALS BEAUTY, INC.
6
   PAUL, HASTINGS, JANOFSKY & WALKER LLP      PAUL, HASTINGS, JANOFSKY &
7  MARK E. MCKEEN (Bar No. 130950)             WALKER LLP
   SEAN D. UNGER (Bar No. 231694)              ROBERT L. SHERMAN
8  T. LEE KISSMAN (Bar No. 233434)             *PRO HAC VICE* (New York Bar No.
   55 Second Street                            1189521)
9  Twenty-Fourth Floor                         SARA J. CRISAFULLI
   San Francisco, CA  94105-3441               *PRO HAC VICE* (New York Bar No.
10 Telephone:  (415) 856-7000                  4343976)
   Facsimile:  (415) 856-7100                  75 East 55th Street
11                                             New York, NY  10022
   Attorneys for Defendant                     Telephone:  (212) 318-6000
12 L'ORÉAL USA, INC.                           Facsimile:  (212) 319-4090

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16  BARE ESCENTUALS BEAUTY, INC., a          Case No. C-07-1669 MMC
    Delaware corporation,
17                                           **STIPULATED REQUEST FOR ORDER
                Plaintiff,                   MODIFYING PRE-TRIAL AND TRIAL
18                                           DATES; [PROPOSED] ORDER**
        vs.
19
    L'ORÉAL USA, INC., a Delaware corporation,
20
                Defendant.
21

22

23      The parties believe that they are close to reaching a settlement of this action.  In order to

24 allow time to complete negotiations of settlement terms and to execute an agreement, Plaintiff Bare

25 Escentuals Beauty, Inc. ("Bare Escentuals"), and Defendant L'Oréal USA, Inc. ("LUSA"), agree and

26 stipulate to, and respectfully request the Court extend the pre-trial and trial dates in this case by three

27 months, as set forth below.  The parties make this request pursuant to Civil Local Rules 6-2 and 7-

28 12.

Case No. C-07-1669 MMC                1    STIPULATED REQUEST FOR ORDER MODIFYING
                                            PRE-TRIAL AND TRIAL DATES; [PROPOSED]
                                            ORDER

The Court issued the initial Pre-Trial Preparation Order for this case on July 10, 2007. On February 20, 2008, the Court granted the parties stipulated request for an order modifying the pre-trial and trial dates.

The parties have previously stipulated to and the Court has granted the following time modifications:

- On September 13, 2007, the parties stipulated to continue Defendant L'Oreal S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction from October 5, 2007 to October 19, 2007.
- On October 12, 2007, the Court granted the parties' October 11, 2007 stipulation regarding jurisdictional discovery and a briefing schedule for L'Oréal S.A.'s Motion to Dismiss. Th Court continued the hearing on defendant L'Oreal S.A.'s Motion to Dismiss to February 29, 2008.
- On February 6, 2008, this Court granted the parties' January 31, 2008 stipulated request in part, and extended the deadlines related to jurisdictional discovery and briefing and continued the hearing on defendant L'Oreal S.A.'s Motion to Dismiss to May 2, 2008. The Court denied the parties' request for extension of the pre-trial and trial dates, without prejudice to the parties' providing a more detailed showing with respect to such additional relief.
- On February 20, 2008, the Court granted the parties' Stipulated Request for an Order Modifying the Pre-Trial and Trial Dates for good cause.

Good cause exists for the parties' request to modify the Pre-Trial Preparation Order for the following reasons.

The parties have been in discussions regarding the basis for settlement of this litigation and are currently in the final stages of negotiating specifics of such a settlement agreement.

The Court's current Pre-Trial Preparation Order sets the cutoff for non-expert discovery for November 24, 2008. Given the on-going negotiations regarding the terms of a settlement agreement, the parties wish to avoid expending resources of the parties and the Court pursuing discovery if the parties are able to promptly settle this case.

For these reasons, the parties jointly agree and stipulate to request that this Court extend the

1  current case deadlines set forth in this Court's Pre-Trial Preparation Order issued on February 20,
2  2008 by three months, as set forth below.
3      The pre-trial and trial dates set forth in this Court's Pre-Trial Preparation Order issued on
4  February 20, 2008 are extended, as set forth below:

- JURY TRIAL DATE:  August 21, 2009 at 9:00 a.m., Courtroom 7, 19th Floor.
- NON-EXPERT DISCOVERY CUTOFF:  February 24, 2009.
- DESIGNATION OF EXPERTS (Plaintiff/Defendant):  No later than March 20, 2009.
- DESIGNATION OF EXPERTS (Plaintiff/Defendants):  Rebuttal no later than April 10, 2009.
- EXPERT DISCOVERY CUTOFF:  May 1, 2009.
- DISPOSITIVE MOTIONS shall be filed no later than May 15, 2009, and shall be noticed for hearing 35 days thereafter.
- SETTLEMENT CONFERENCE before Magistrate Judge Elizabeth D. Laporte: No later than 30 days prior to the Pretrial Conference.
- PRETRIAL CONFERENCE DATE:  August 5, 2009 at 3:00 p.m.
- MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than June 30, 2009.
- FURTHER STATUS CONFERENCE:  Friday, May 15, 2009 at 10:30 a.m.
- FURTHER STATUS CONF. STATEMENT DUE:  Friday, February May 8, 2009.

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: October 20, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | By: /s/ Mark E. McKeen<br>Mark E. McKeen (SBN 130950) |
| | Attorneys for Defendant<br>L'ORÉAL USA, INC. |
| DATED: October 20, 2008 | WINSTON & STRAWN LLP |
| | By: /s/ Jennifer A. Golinveaux<br>Jennifer A. Golinveaux (SBN 203056) |
| | Attorneys for Plaintiff<br>BARE ESCENTUALS BEAUTY, INC. |

I attest that concurrence in the filing of this document has been obtained from Mark E. McKeen, counsel for Defendant.

By: /s/ Jennifer A. Golinveaux
      Jennifer A. Golinveaux
      Attorney for Plaintiff
      BARE ESCENTUALS BEAUTY, INC.

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The dates provided in this Court's Pre-Trial Preparation Order issued on February 20, 2008 shall be extended as set forth below:

2. JURY TRIAL DATE: ~~August 21~~ July 6, 2009 at 9:00 a.m., Courtroom 7, 19th Floor.

3. NON-EXPERT DISCOVERY CUTOFF: ~~February 24~~ January 23, 2009.

4. DESIGNATION OF EXPERTS (Plaintiff/Defendant): No later than ~~March 20~~ February 13, 2009.

5. DESIGNATION OF EXPERTS (Plaintiff/Defendant): Rebuttal no later than ~~April 10~~ February 27, 2009.

6. EXPERT DISCOVERY CUTOFF: ~~May 1~~ March 20, 2009.

7. DISPOSITIVE MOTIONS shall be filed no later than ~~May 15~~ April 3, 2009, and shall be noticed for hearing 35 days thereafter.

8. PRETRIAL CONFERENCE DATE: ~~August 5~~ June 23, 2009 at 3:00 p.m.

9. MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than ~~June 30~~ May 18, 2009.

10. FURTHER STATUS CONFERENCE: Friday, ~~May 15~~ April 3, 2009 at 10:30 a.m.

11. FURTHER STATUS CONF. STATEMENT DUE: Friday, ~~February May 8~~ March 27, 2009.

Dated: October 22, 2008

_____
THE HONORABLE MAXINE M. CHESNEY

SF:219306.2

Case No. C-07-1669 MMC      5     STIPULATED REQUEST FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES; ~~[PROPOSED]~~ ORDER