IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | No. C-07-1669 MMC |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| L'OREAL USA, INC., | |
| Defendant. | |

    Before the Court is the parties' Stipulated Request for Order Modifying Pre-Trial and Trial Dates, filed January 6, 2009. The stipulation represents the parties' second request to continue the trial date and pre-trial deadlines in the above-titled action on the ground that the parties are in the "final stages" of settlement negotiations. (See Stipulation filed Jan. 9, 2009, at 2:23; Stipulation filed Oct. 21, 2008, at 2:23.) Under such circumstances, the Court deems it appropriate to schedule a Case Management Conference.

    Accordingly, the parties shall appear for a Case Management Conference on January 16, 2009 at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than January 13, 2009.

    **IT IS SO ORDERED.**

Dated: January 7, 2009

                                           MAXINE M. CHESNEY
                                           United States District Judge