IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


BARE ESCENTUALS BEAUTY, INC.,

        Plaintiff(s),                  NO.  C-07-1669 MMC

vs.

                                      **AMENDED PRETRIAL PREPARATION ORDER**

L'OREAL USA, INC. ,

        Defendant(s).

_____/

       It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday,  September 8, 2009   at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be  5   days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  March 19, 2009   .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant:  No later than   April 17, 2009   .
    Plaintiff/Defendant: Rebuttal no later than  April 24, 2009   .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).


EXPERT DISCOVERY CUTOFF :  May 22, 2009   .

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  June 5, 2009 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE is referred back to Magistrate Judge Laporte  and scheduled to take place no later than March 2, 2009, her calendar permitting.

PRETRIAL CONFERENCE DATE:   August 25, 2009        at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no later than  July 20, 2009       .

FURTHER STATUS CONFERENCE:  Friday,  June 5, 2009     at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,   May 22, 2009

ADDITIONAL ORDERS:

The pretrial instructions attached to the initial Pretrial Preparation Order remain in effect.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  January 20, 2009

MAXINE M. CHESNEY
United States District Judge

**PRETRIAL INSTRUCTIONS**