IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | No. C-07-1669 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE SETTLEMENT AGREEMENT** |
| v. | |
| L'OREAL USA, INC., et al., | |
| Defendants. | |

The Court is in receipt of the parties' "Stipulation to Dismissal with Prejudice in Settlement," filed March 23, 2009, by which the parties stipulate to dismissal of the above-titled action with prejudice "pursuant to the terms of the parties' settlement agreement." (See Stipulation at 2:2.) The parties further stipulate and request that the Court retain jurisdiction over the action "for the purposes of enforcing, or adjudicating disputes arising from, the parties' settlement agreement." (See id. at 2:3-5.) The parties, however, have failed to submit a copy of their settlement agreement.

Accordingly, the parties are hereby DIRECTED to file, no later than April 3, 2009, a copy of their settlement agreement.

**IT IS SO ORDERED.**

Dated: March 25, 2009

_____
MAXINE M. CHESNEY
United States District Judge