WINSTON & STRAWN LLP
Andrew Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: 415.591.1000
Facsimile: 415.591.1400
abridges@winston.com
jgolinveaux@winston.com

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman *Pro Hac Vice* (New York Bar No. 1189521)
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Mark E. McKeen (Bar No. 130950)
Sean D. Unger (Bar No. 231694)
T. Lee Kissman (Bar No. 233434)
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
L'ORÉAL USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L'ORÉAL USA, INC., a Delaware corporation, and L'ORÉAL S.A., a French Société Anonyme<br><br>Defendants. | **Case No. C-07-1669 MMC**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL** |

/ / /

/ / /

Case No. C-07-1669 MMC            **1**            [PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL

1 The Court has considered the Stipulated Administrative Motion to File Papers Under Seal. Good cause appearing,

2 **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Therefore, the following

3 document shall be filed under seal:

4     a.     The Settlement Agreement entered into by the Parties dated February 13, 2009.

5 **IT IS SO ORDERED.**

6 Dated: April 7, 2009 _____

7

8 _____
Hon. Maxine M. Chesney
United States District Court Judge

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

**Case No. C-07-1669 MMC**      2      **[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL**

SF:246540.1