WINSTON & STRAWN LLP
Andrew Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: 415.591.1000
Facsimile: 415.591.1400
abridges@winston.com
jgolinveaux@winston.com

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman *Pro Hac Vice* (New York Bar No. 1189521)
Sara J. Crisafulli *Pro Hac Vice* (New York Bar No. 4343976)
75 East 55th Street
New York, New York 10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Mark E. McKeen (Bar No. 130950)
Sean D. Unger (Bar No. 231694)
T. Lee Kissman (Bar No. 233434)
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441
Telephone: 415.856.7000
Facsimile: 415.856.7100

Attorneys for Defendants
L'ORÉAL USA, INC. AND L'ORÉAL S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>L'ORÉAL USA, INC., a Delaware corporation and L'ORÉAL S.A., a French société anonyme,<br><br>   Defendants. | Case No. C-07-1669 MMC<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE IN SETTLEMENT AND ~~[PROPOSED]~~ ORDER** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bare Escentuals Beauty, Inc. and Defendants

L'Oréal USA, Inc. and L'Oréal S.A. stipulate to voluntary dismissal of this action with prejudice pursuant to the terms of the parties' settlement agreement.

The parties further stipulate, and request that the Court order, that the Court retain jurisdiction over the case for the purposes of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

Dated: March 23, 2009                WINSTON & STRAWN LLP

By:  /s/
     Andrew P. Bridges
     Jennifer A. Golinveaux

     Attorneys for Plaintiff
     BARE ESCENTUALS BEAUTY, INC.

Dated: March 23, 2009                PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/
     Robert L. Sherman
     Sara J. Crisafulli
     Mark E. McKeen

     Attorneys for Defendants
     L'ORÉAL USA, INC. AND
     L'ORÉAL

I attest that concurrence in the filing of this document has been obtained from Robert L. Sherman, counsel for Defendant.

By: /s/ Jennifer A. Golinveaux
    Jennifer A. Golinveaux

    Attorney for Plaintiff
    BARE ESCENTUALS BEAUTY, INC.

**ORDER**

IT IS SO ORDERED.
Dated: April 7, 2009

Maxine M. Chesney
United States District Judge